# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2136

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| ZoAnn Brown, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: January 2, 2008
Filed: February 4, 2008

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

ZoAnn Brown appeals the 292-month prison sentence the district court[1] imposed after she pleaded guilty to possessing with intent to distribute 500 grams or more of a methamphetamine mixture containing 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). In a brief filed under Anders v. California, 386 U.S. 738 (1967), Brown's counsel seeks permission to withdraw.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

We conclude that Brown's within-Guidelines-range sentence is not unreasonable because nothing in the record indicates the court overlooked a relevant factor, gave significant weight to an improper factor, or, in weighing the appropriate factors, made a clear error of judgment. See Rita v. United States, 127 S. Ct. 2456, 2462-68 (2007) (appellate presumption of reasonableness); United States v. Haack, 403 F.3d 997, 1003-04 (8th Cir. 2005) (reasonableness factors).

After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel leave to withdraw, conditioned on counsel informing appellant about the procedures for filing a petition for rehearing for certiorari, and we affirm the district court's judgment.

_____